# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

April 8, 2008

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

**VIA HAND DELIVERY**

The Honorable Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

RECEIVED
CHAMBERS OF
APR -8 2008
JUDGE SCHEINDLIN

Re: <u>Seatrans Ermefer Tankers AS v. Lio Yag Sanayi Ve Ticaret A.S.</u>, 08 Civ. 2147 (SAS)

Honorable Madam:

    We are attorneys for Plaintiff ("Seatrans") in the referenced matter. We write to request an adjournment of a status conference before the Court scheduled for Friday, April 11, 2008.

    Plaintiff filed this action and sought an ex-parte Order for Issuance of a Writ of Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure against Defendant ("Lio Yag"). After Your Honor executed the order of attachment, Seatrans daily has served the order and writ on the garnishee banks. To date, it has yet to attach any of Lio Yag's property though it continues to serve the order and writ each day.

    Seatrans has not previously requested an adjournment of the status conference date. The reasons for the adjournment request is out of respect for judicial economy: no monies of Lio Yag have been attached, leaving no dispute to address. Lio Yag has not appeared in the action and we understand it is unlikely to do so unless and until its assets are restrained.

    Seatrans intends to continue to serve the garnishee banks with the order and writ in this matter until it obtains full security in support of its arbitrations claims. Until such time as Lio Yag's property is attached, however, Seatrans respectfully requests that the status conference be adjourned sine die. In the event that Seatrans is successful in restraining any of Lio Yag's property per the Rule B attachment order and writ, it will immediately alert the Court so that a status conference could be set at its convenience.

*[Handwritten notation:]* Request granted in part and denied in part. The conference scheduled for April 11 is adjourned to May 8 at 4:30. No further adjournments will be granted. So Ordered. [signature] USDJ 4/9/08

The Honorable Shira A. Scheindlin
April 8, 2008
Page 2

    We thank Your Honor for her attention to this matter and we look forward to receiving Your Honor's decision.

                        Respectfully submitted,

                        HOLLAND & KNIGHT LLP

                By: *Michael J. Frevola   M.F.*

                        Michael J. Frevola

MJF:mf
# 5252524_v1