# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



May 29, 2008

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

**VIA HAND DELIVERY**

The Honorable Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>Seatrans Ermefer Tankers AS v. Lio Yag Sanayi Ve Ticaret A.S., 08 Civ. 2147 (SAS)</u>

Honorable Madam:

    We are attorneys for Plaintiff in the referenced matter. We write in accordance with the telephone conference with Your Honor's chambers on May 7, 2008, which set Monday, June 2, 2008 as a control date in this matter for purposes of adjourning the May 8, 2008 status conference.

    We write to report that Plaintiff has yet to attach any of the defendant's property in this matter though Plaintiff continues to serve the order and writ of attachment each day.

    If it pleases Your Honor, we respectfully suggest setting Monday, July 7, 2008 as a new control date for reporting as to this matter's status. In the event that Seatrans is successful in restraining any of defendant's property per the Rule B attachment order and writ, it will immediately alert the Court so that a status conference could be set at its convenience.

    We thank Your Honor for her attention to this matter and we look forward to receiving Your Honor's decision.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *[signature]*
Michael J. Frevola

MJF:mf
# 5370144_v1

*[Handwritten annotation:]* Plaintiff's request is granted. The conference scheduled for June 2, 2008 is adjourned to July 7, 2008 at 4:30 p.m. No further adjournments will be granted.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
May 30, 2008