Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
SEATRANS ERMEFER TANKERS AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATRANS ERMEFER TANKERS AS,

    Plaintiff,

  -against-

LIO YAG SANAYI VE TICARET A.S. a/k/a LIO YAG SAN. VE TIC. A.S.,

    Defendant.

08 Civ. 2147 (SAS)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Seatrans Ermefer Tankers AS, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
      July 7, 2008

                HOLLAND & KNIGHT LLP

                By: _____
                Michael J. Frevola
                Lissa Schaupp
                195 Broadway
                New York, NY 10007-3189
                Tel: (212) 513-3200
                Fax: (212) 385-9010

                *Attorneys for Plaintiff*
                *Seatrans Ermefer Tankers AS*

# 5457482_v1